# LANKLER CARRAGHER & HORWITZ LLP

ATTORNEYS AT LAW

415 Madison Avenue
16th Floor
New York, NY 10017

212/812.8910  Main
212/812.8912  Direct
212/812.8920  Fax

Andrew M. Lankler

alankler@lchattorneys.com
Admitted NY and NJ

November 5, 2012

**By ECF**

Hon. Alvin K. Hellerstein
United States District Judge, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *U.S. v. David G. Friehling*, 09 cr. 700 (AKH)

Dear Judge Hellerstein:

On behalf of Mr. Friehling, we write for the purpose of informing the Court of Mr. Friehling's recent, unplanned, court-approved travel.  The conditions of Mr. Friehling's release require that he seek the Court's permission for any travel outside of New York or New Jersey.  Mr. Friehling has complied with this condition and has repeatedly been granted permission to travel.

On the afternoon of Saturday, November 3, 2012, Mr. Friehling learned that his first cousin passed away from cancer.  The funeral was scheduled for today, Monday, November 5, 2012, in southern Florida.  On Saturday, Judge Colleen McMahon, the Part I judge, granted oral permission for Mr. Friehling to travel to Florida to attend the funeral.

Mr. Friehling thereafter flew to Florida on Sunday, November 4, 2012, and will return tomorrow, Tuesday November 6, 2012.  I have conferred with Assistant United States Attorney Lisa Baroni and Pretrial Services Agent Leo Barrios, both of whom consented to Mr. Friehling's travel.

Respectfully submitted,

Andrew Lankler

cc:    Leo Barrios (by electronic mail)
       AUSAs Lisa Baroni and Julian Moore (by electronic mail)

www.lchattorneys.com