PREET BHARARA
United States Attorney for the
Southern District of New York
By:     LISA A. BARONI
        JULIAN J. MOORE
        MATTHEW L. SCHWARTZ
        Assistant United States Attorneys
1 Saint Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-1945
Facsimile: (212) 637-2452
E-mail:  matthew.schwartz@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA                  :

        - v -                              :        09 Cr. 700 (AKH)

DAVID G. FRIEHLING,                        :

                Defendant.                 :

-------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse, Courtroom 14D, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Title 18, United States Code, Section 3663A(c)(3) finding that restitution is impracticable in the above-captioned case and that the Government may proceed through the process of remission as authorized under the forfeiture statutes, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
December 17, 2012

                PREET BHARARA
                United States Attorney
                Southern District of New York

By: /s/ Matthew L. Schwartz
      MATTHEW L. SCHWARTZ
      Assistant United States Attorney