UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    v.

DANIEL BONVENTRE, ANNETTE
BONGIORNO, JOANN CRUPI, a/k/a "Jodi,"
JEROME O'HARA, GEORGE PEREZ,
ERIC S. LIPKIN, DAVID L. KUGEL,
ENRICA COTELLESSA-PITZ, CRAIG
KUGEL, PETER MADOFF, IRWIN LIPKIN,

    Defendants.

10 Cr. 228 (LTS)

------------------------------------x

UNITED STATES OF AMERICA,

    v.

DAVID G. FRIEHLING,

    Defendant.

09 Cr. 700 (LTS)

------------------------------------x

UNITED STATES OF AMERICA,

    v.

FRANK DIPASCALI, JR.,

    Defendant.

09 Cr. 764 (RJS)

------------------------------------x

Upon the motion of the United States of America, dated December 14, 2012, pursuant to Title 18, United States Code, Section 3663A(c)(3), it is found that the number of identifiable victims is so large as to make restitution impracticable, and it is further found that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to the victims is outweighed by the

burden on the sentencing process.

It is hereby ORDERED that:

1. The Government's motion for a finding that restitution is impracticable is granted; and

2. The Government may proceed through the process of remission as authorized under the forfeiture statutes. 21 U.S.C. § 853(i); 28 C.F.R. Part 9.

Dated:   New York, New York
         January 22, 2013

                              SO ORDERED:

                              _____
                              HON. LAURA TAYLOR SWAIN
                              UNITED STATES DISTRICT JUDGE