# LANKLER CARRAGHER & HORWITZ LLP

ATTORNEYS AT LAW

415 Madison Avenue
16th Floor
New York, NY 10017

212/812.8910 Main
212/812.8920 Fax



RECEIVED
JUL 17 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

July 17, 2013

**By Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge, Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/13

Re: *U.S. v. David G. Friehling*, 09 cr. 700 (AKH)

Dear Judge Hellerstein:

On behalf of Mr. Friehling, we respectfully request approval for the proposed travel requests set forth in Exhibit A, attached hereto. For the reasons discussed in our prior travel requests, we ask that Exhibit A be kept under seal for security reasons.

We conferred with AUSA Matthew Schwartz and Mr. Friehling's pre-trial services officers, Leo Barrios, and they do not object to the proposed trip or to sealing Exhibit A.

Respectfully submitted,

Andrew Lankler
Joseph Perry

cc:  Leo Barrios (by electronic mail)
     AUSA Matthew Schwartz (by electronic mail)

So-ordered: 7/17/13

U.S.D.J.

www.lchattorneys.com