

**BAKER & MCKENZIE**

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

September 4, 2013

The Honorable Judge Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/13

**Re: United States v. Friehling, 09 Cr. 700 (AKH)**

Dear Judge Hellerstein,

In reviewing my PACER account, I recently noticed that I am still listed among counsel to be noticed in the above-captioned ECF case. I have been informed by the Clerk's Office that the only way to be removed from the notice list is to make a request in a letter to the Judge assigned to the case. Accordingly, with my apology that this was not done when I left the United States Attorney's Office for private practice, I write to respectfully request that I be removed from the list of counsel to be noticed in the above case.

Respectfully submitted,

Marc Litt
Partner

+1 212 626 4454
Marc.Litt@bakermckenzie.com

So ordered
9/12/13

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
1253178-v1\NYCDMS